UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 03-10382-WGY<br>ROLAND D. WORRELL, )<br>)<br>Defendant. ) | |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Count One of the Indictment.

In particular, the government will rely on one or the other of the following convictions:

a January 12, 2001 conviction in Roxbury District Court, Docket Number 0002 CR 6206, for Possession of a Class D Controlled Substance with Intent to Distribute, in violation of M.G.L. c. 94C, Section 32C, for which the defendant was sentenced to ninety (90) days in the House of Correction, said sentence suspended for one year until January 10, 2002;

an August 8, 1995 conviction in Roxbury District Court, Docket Number 9302 CR 3863, under the alias "Kareem Worrell" for Distribution of a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A, for which the defendant was sentenced to one year in the House of Correction, ninety (90) days to serve and the balance suspended for one year until August 7, 1996.

Because Count One involves five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the

government submits that the defendant is subject upon conviction on this count to a maximum sentence of life imprisonment, a mandatory minimum period of incarceration for ten years, a fine of up to four million dollars and supervised release for at least eight (8) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(B).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: _____
                                        PATRICK M. HAMILTON
                                        Assistant U.S. Attorney
                                        One Courthouse Way
                                        Boston, MA 02210

Date:    December 18, 2003        (617)748-3251

2