AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| Roland Worrell | CASE NUMBER: 03-10382-WGY |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **ROLAND WORRELL**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Possessing with Intent to Distribute a quantity of cocaine base, a Schedule II controlled substance, within 1,000 feet of the real property comprising the Lewis Middle School, a public secondary school

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 860

Sheila Diskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

17 December, 2003 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USMS-HIDTA Task Force
BY ARREST & ARRAIGNMENT OF THE DEFENDANT ON 12/18/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.