UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.  CRIMINAL
 NO. 03-10382 -WGY

**RONALD WORRELL**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 12/23/03 before COLLINGS, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 1/20/04   See L.R.116.1(C).

B. The defendant shall provide automatic discovery by 1/20/04 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 2/3/04. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 2/17/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on FEB. 5, 2004 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

1/8/04  /s/ Elizabeth Smith

Date  Deputy Clerk

(Crinsch1.wp - 11/24/98)