```
                                                           1


 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                                 Criminal No.
 3                                               03-10382-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *
      v.                             *   STATUS CONFERENCE
 7                                   *
      ROLAND D. WORRELL              *
 8                                   *
      * * * * * * * * * * * * * * * *
 9

10

11

12
                BEFORE:  The Honorable William G. Young,
13                              District Judge

14

15    APPEARANCES:

16          PATRICK M. HAMILTON, Assistant United States
         Attorney, 1 Courthouse Way, Suite 9200, Boston,
17       Massachusetts 02210, on behalf of the Government

18
            OFFICE OF THE FEDERAL DEFENDER (By Catherine K.
19       Byrne, Esq.), 408 Atlantic Avenue, 3rd Floor, Boston,
         Massachusetts 02210, on behalf of Roland D. Worrell
20

21          ALSO PRESENT:  Chief Federal Defender, Owen S.
                                 Walker, Esq.
22

23
                                             1 Courthouse Way
24                                           Boston, Massachusetts

25                                           March 11, 2004
```