UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ROLAND WORRELL            ) | CRIMINAL NO. 03-10382-WGY |

ASSENTED-TO MOTION TO CONTINUE SENTENCING DATE

The defendant respectfully moves that the change of plea in the above case be continued from July 22, 2004 at 10:15 p.m. to September 27, 2004 at 2:00 p.m.

While preparing this case for a Rule 11 hearing, counsel is also preparing the case of United States v. Watson, Criminal No. 01-10122-RWZ, for trial. That trial is scheduled to begin on July 12 and last until July 23. More importantly, the defendant has two related cases before two different judges in this court which impact the plea and sentencing in the present case. Finally, it counsel's understanding from the Assistant United States Attorney that the Probation Officer (Iris Golus) is having difficulty obtaining some of the defendant's prior convictions leading to our inability to assess his actual criminal history. Because the government will argue that defendant is a career offender, it is essential to ascertain probation's view of the criminal history prior to the plea.

For the above reasons, counsel requests this Court's forbearance so that counsel can adequately prepare defendant for the change of plea, and review all of the presentence documents prior to the Rule 11 hearing.

The government, per Assistant United States Attorney Patrick Hamilton, assents to this motion.

>ROLAND WORRELL
>By his attorney,
>
>/s/ Catherine K. Byrne
>
>Catherine K. Byrne
>   B.B.O. #543838
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061