UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10382-WGY |
| | ) | |
| ROLAND WORRELL | ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

The defendant respectfully moves that the Court exclude the time from July 22, 2004 (the original date of Rule 11 hearing) to September 27, 2004 (the requested new date for the Rule 11 hearing) from the speedy trial calculation. As reason therefore, it was upon defendant's motion that the Rule 11 hearing was continued.

The government, per Assistant United States Attorney Patrick Hamilton, assents to this motion.

```
                              ROLAND WORRELL
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```