UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 03-10382-WGY |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| ROLAND D. WORRELL, | ) 21 U.S.C. § 841(a)(1)- |
| | ) Possession of Cocaine Base |
| Defendant. | ) with Intent to Distribute and |
| | ) Distribution of Cocaine Base |
| | ) |
| | ) 21 U.S.C. § 860(a) - School |
| | ) Zone and Playground Zone |
| | ) Violations |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |

SUPERSEDING INFORMATION

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The United States Attorney charges that:

On or about July 1, 2003, at Boston, in the District of Massachusetts,

ROLAND WORRELL,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little

Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The United States Attorney further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

**ROLAND WORRELL,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The United States Attorney further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

**ROLAND WORRELL,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The United States Attorney further charges that:

On or about July 10, 2003, at Boston, in the District of Massachusetts,

**ROLAND WORRELL,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>:        (21, United States Code, Sections 841(a)(1) and 860 - Possession with Intent to Distribute in a School Zone)

The United States Attorney further charges that:

On or about September 2, 2003, at Boston in the District of Massachusetts,

**ROLAND D. WORRELL,**

defendant herein, knowingly and intentionally possessed with intent to distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, within 1,000 feet of the real property comprising the Lewis Middle School, a public secondary school.

The United States Attorney further charges that this offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack" cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860.

## Notice Of Additional Factors

The U.S. Attorney further charges that:

1. The defendant is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to the defendant.

2. At the time that he committed the offenses charged in Counts One through Five, the defendant was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Patrick M. Hamilton
    Patrick M. Hamilton
    Assistant U.S. Attorney

DATED:   October 13, 2004.