UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 03-10382-WGY |
| **ROLAND D. WORRELL,** ) | |
| ) | |
| **Defendant.** ) | |

### AMENDED INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Counts One through Five of the Superseding Information.

In particular, the government will rely on one or the other of the following convictions:

> a January 12, 2001 conviction in Roxbury District Court, Docket Number 0002 CR 6206, for Possession of a Class D Controlled Substance with Intent to Distribute, in violation of M.G.L. c. 94C, Section 32C, for which the defendant was sentenced to ninety (90) days in the House of Correction, said sentence suspended for one year until January 10, 2002;

> an August 8, 1995 conviction in Roxbury District Court, Docket Number 9302 CR 3863, under the alias "Kareem Worrell" for Distribution of a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A, for which the defendant was sentenced to one year in the House of Correction, ninety (90) days to serve and the balance suspended for one year until August 7, 1996.

Because Counts One through Four involve less than five (5) grams of a mixture or substance containing cocaine base (also known

as "crack"), the government submits that the defendant is subject upon conviction on those counts to a maximum sentence of imprisonment for thirty (30) years, a fine of up to two million dollars and supervised release for at least six (6) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(C).

Because Count Five involves five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of life imprisonment, a mandatory minimum period of incarceration for ten years, a fine of up to four million dollars and supervised release for at least eight (8) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(B).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:   s/Patrick M. Hamilton/
                                        PATRICK M. HAMILTON
                                        Assistant U.S. Attorney
                                        One Courthouse Way
                                        Boston, MA 02210
Date:     October 19, 2004       (617)748-3251