Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 03-10382-WGY |
| ) | |
| ROLAND WORRELL   ) | |

## WAIVER OF INDICTMENT

I, ROLAND WORRELL, the above-named defendant, who is accused of possession of cocaine base with intent to distribute and distribution of cocaine base within 1,000 feet of a school zone and of a playground zone and of aiding and abetting said distribution on July 1, July 8 and July 10, 2003, in violation of 21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2, and of possession of cocaine base with intent to distribute within 1,000 feet of a school zone on September 2, 2003, in violation of 21 U.S.C. §§ 841(a)(1) and 860, being advised of the nature of the charges, the proposed information, and my rights, did waive in open court and do hereby waive on October 19, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Roland Worrell, Defendant

Catherine Byrne, Esq.
Counsel for the Defendant