```
                                                                    1


 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            03-10382-WGY

 4
        * * * * * * * * * * * * * * * *
 5                                     *
        UNITED STATES OF AMERICA       *
 6                                     *  PLEA HEARING
        v.                             *
 7                                     *
        ROLAND D. WORRELL              *
 8                                     *
        * * * * * * * * * * * * * * * *
 9

10
                BEFORE:  The Honorable William G. Young,
11                             District Judge

12


13


14      APPEARANCES:

15              PATRICK M. HAMILTON, Assistant United
        States Attorney, 1 Courthouse Way, Suite 9200,
16      Boston, Massachusetts 02210, on behalf of the
        Government
17

18              FEDERAL DEFENDER OFFICE (By Catherine K.
        Byrne, Esq.), 408 Atlantic Avenue, 3rd Floor,
19      Boston, Massachusetts 02210, on behalf of Roland
        D. Worrell
20

21

22

23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     October 19, 2004
```