1                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

2

                                        Criminal No.
3                                        03-10382-WGY

4

5

6  * * * * * * * * * * * * * * * * *  *
                                       *

7  UNITED STATES OF AMERICA       *
                                       *

8  v.                      *  **SENTENCING EXCERPT**
                                     *

9  ROLAND WORRELL              *
                                     *

10  * * * * * * * * * * * * * * * * *

11

12              BEFORE:  The Honorable William G. Young,
                              District Judge

13

14

15

16

17

18

19

20

21

22

23

                                 1 Courthouse Way
24                                Boston, Massachusetts

25                                December 11, 2006

1           **THE COURT:**   Thank you.

2           Mr. Roland B. Worrell, in consideration of the

3     factors under 18 United States Code, Section 3553(a), the

4     information provided by the United States Attorney, your

5     attorney, and yourself, this Court sentences you to nine

6     years -- 108 months -- on each of the counts of conviction,

7     the sentence on each count to run concurrent one with the

8     other.

9           The Court credits toward the service of that

10    sentence your detention in federal custody since the 18th of

11    December, 2003.

12          The Court imposes upon you no fine due to your

13    inability to pay a fine.

14          The Court places you on supervised release for a

15    period of eight years following your release from custody.

16    During that time the special conditions of your release are

17    that you submit to periodic drug testing not to exceed 104

18    drug tests per year as directed by the probation office; the

19    collection of a DNA sample as directed by the probation

20    office; that you're prohibited from possessing a firearm,

21    destructive device, or other dangerous weapon.

22          The Court imposes a $500 special assessment.

23          Let me explain the sentence to you.  Since your

24    arrest, Mr. Worrell, since your arrest, you have done

25    everything right, and I have taken that into account.  I've

1    taken it into account very, very carefully.  The sentence

2    would be far higher were it not for your conduct subsequent

3    to your arrest.

4          You have an extensive criminal record.  I'm not

5    basing it in any way on the convictions that you had turned

6    over.  But on the convictions of which you stand convicted,

7    you have an extensive criminal record.

8          Plus this is crack cocaine.  Crack cocaine,

9    repetitive dealings of crack cocaine.  That's poison.  It

10   has an enormous effect on our community.  It has an effect

11   on babies who are born to mothers who are addicted to crack

12   cocaine.  And it warrants the most severe sentences.  You

13   get considerably less than the most severe sentence because

14   of what has followed subsequent to your arrest.

15         In view of the nature of the arguments here, the

16   transcript of this hearing is sealed save for my imposition

17   of sentence.

18         Mr. Worrell, I inform you, you have the right to

19   appeal from any findings or rulings the Court has made

20   against you.  Should you appeal and should your appeal be

21   successful in whole or in part resentencing will be before

22   another judge.

23         Ms. Byrne, should he determine on an appeal, before

24   you file a notice of appeal, I direct you to make order for

25   the transcript from this Court so I can turn it around

1    rapidly.

2         Do you understand?

3         **MS. BYRNE:**  Yes, your Honor.

4         **THE COURT:**  That's the sentence of the Court.  He's

5    remanded to the custody of the marshals.

6         **MS. BYRNE:**  Your Honor, there is one thing I did

7    want to ask, if you could recommend the 500-hour drug

8    treatment program.

9         **THE COURT:**  I do so recommend --

10        **MS. BYRNE:**  Thank you, your Honor.

11        **THE COURT:**  -- the 500-hour drug treatment program,

12   and I appreciate your raising it.

13        **MS. BYRNE:**  Thank you, your Honor.

14        **THE COURT:**  That's the sentence.

15        **THE DEFENDANT:**  Thank you, your Honor.

16        **THE COURT:**  We'll recess.  I have a civil matter

17   we'll do in the lobby.  We'll recess.

18        **THE CLERK:**  All rise.  Court is in recess.

19        (Whereupon the matter concluded.)

20

21

22

23

24

25