UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10382-WGY |
| | ) | |
| ROLAND WORRELL | ) | |

DEFENDANT'S MOTION TO ALLOW COURT REPORTER TO TRANSCRIBE
AND RELEASE TRANSCRIPT OF SENTENCING HEARING

Defendant moves that this Court permit the court reporter to transcribe and release a transcript of the sentencing hearing in this case.

As reason therefore, counsel states that the sentencing hearing was sealed and cannot be reproduced or provided to counsel without a court order.

ROLAND WORRELL
By his attorney,

/s/ Catherine K. Byrne
Catherine K. Byrne
B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

<u>Certificate of Service</u>

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2008.

/s/ Catherine K. Byrne
Catherine K. Byrne